# UNITED STATES DISTRICT COURT

for the
Northern District of Indiana

BALAJI HOSPITALITY GROUP LLC
*doing business as*
Mishawaka Inn

      Plaintiff

  v.

                                                                              **Civil Action No. 3:18-cv-816**

THE TRAVELERS INDEMNITY COMPANY OF AMERICA

      Defendant

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

___ the plaintiff _____
recover from the defendant _____ the amount of _____
dollars $_____, which includes prejudgment interest at the rate of _____% plus post-
Judgment interest at the rate of _____ % along with costs.

___ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant_____
recover costs from the plaintiff _____.

_X_ Other: JUDGMENT IS ENTERED in favor of Defendant The Travelers Indemnity Company of America and against Plaintiff Balaji Hospitality Group LLC.

This action was (*check one*):

___ tried to a jury with Judge _____ presiding, and the jury has rendered a verdict.

___ tried by Judge _____ without a jury and the above decision was reached.

_X_ decided by Judge Damon R. Leichty on a Motion for Summary Judgment.

DATE: 2/24/2020                    ROBERT N. TRGOVICH, CLERK OF COURT

                                                by  s/ B. Scheumann
                                                *Signature of Clerk or Deputy Clerk*